QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant          **OK/HAV**
JONATHAN A. NOVACK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               ) NO. CR.S-04-472-DFL
           Plaintiff,          )
                               )
    v.                         )
                               )    **STIPULATION AND ORDER;**
                               )       **EXCLUSION OF TIME**
                               )
JONATHAN A. NOVACK,            )
                               ) Date: June 9, 2005
           Defendant.          ) Time: 10:00 a.m.
_____  Judge: Hon. David F. Levi

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAURA FERRIS, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the trial status conference hearing date of May 26, 2005 shall be vacated and a status conference scheduled for June 9, 2005 at 10:00 a.m.

   This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

June 9, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: May 26, 2005.                  Respectfully submitted,

                                      QUIN DENVIR
                                      Federal Public Defender


DATED: May 26, 2005.                  /s/ MARK J. REICHEL
                                      MARK J. REICHEL
                                      Assistant Federal Defender
                                      Attorney for Defendant


                                      McGREGOR SCOTT
                                      United States Attorney


DATED: May 26, 2005.                  /s/ MARK J. REICHEL for
                                      LAURA FERRIS
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: 5/26/2005                      /s/ David F. Levi
                                      DAVID F. LEVI
                                      United States District Judge

Stip and Order                                    2