QUIN DENVIR, Bar No. 49374
Federal Defender
NED SMOCK, Bar No. 236238
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant                    **OK/HAV**
Jonathan A. Novak

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 ) No. CR S-04-472-DFL
             Plaintiff,          )
                                 ) **STIPULATION AND [PROPOSED]**
     v.                          ) **ORDER**
                                 )
JONATHAN A. NOVAK,               )
                                 )
             Defendant.          )
_____)

Plaintiff United States of America, by its counsel, Assistant United States Attorney Laura Ferris, and defendant Jonathan A. Novak, by his counsel, Ned Smock, hereby stipulate and agree that the status hearing now scheduled for October 20, 2005 at 10:00 AM be vacated and the case be rescheduled for status on November 10, 2005 at 10:00 AM.

This continuance is being requested by defense counsel because the parties anticipate a misdemeanor plea to occur before Magistrate Judge Nowinski within a matter of days.  The November 10, 2005 status hearing can be vacated as soon as the plea is entered.  It is stipulated that the period from the date of the signing of this order

1

to November 10, 2005 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

                                        Respectfully submitted,

                                        MCGREGOR SCOTT
                                        United States Attorney

DATED: October 19 , 2005    /s/ Laura Ferris
                                        LAURA FERRIS
                                        Assistant U. S. Attorney

DATED: October 19 , 2005    /s/ Ned Smock
                                          NED SMOCK

                                        Attorney for Defendant
                                        JONATHAN A. NOVAK

### O R D E R

    FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: October _20, 2005

                                        DAVID F. LEVI
                                        United States District Judge