FILED
October 27, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JONATHAN A. NOVAK, )<br>)<br>Defendant. ) | Case No. CR.S-04-0472-DFL<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JONATHAN A. NOVAK, Case No. CR.S-04-0472-DFL, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__ Release on Personal Recognizance

　　__ Bail Posted in the Sum of $_____

　　　　__ Unsecured Appearance Bond

　　　　__ Appearance Bond with 10% Deposit

　　　　__ Appearance Bond with Surety

　　　　__ Corporate Surety Bail Bond

　　_X_ (Other)　　Special Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 27, 2005  at  2:25 p.m.  .

By  /s/ Peter A. Nowinski
Peter A. Nowinski
United States Magistrate Judge