QUIN DENVIR, Bar #49374
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700



FILED

JAN -4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

Attorney for Defendant
JONATHAN A. NOVAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. 04-472 DFL |
| ) | |
| Plaintiff, ) | DEFENDANT'S REQUEST FOR |
| ) | PERMISSION TO BE SENTENCED IN |
| v. ) | ABSENTIA PURSUANT TO FED. R. |
| ) | CRIM. P. 43(b)(2) |
| JONATHAN A. NOVAK, ) | |
| ) | Date: January 12, 2006 |
| Defendant. ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Peter A. Nowinski |

Defendant Jonathan A. Novak hereby requests that the Court permit sentencing to occur in his absence pursuant to Fed. R. Crim. P. 43(b)(2). Rule 43 provides that with the defendant's consent and the Court's permission, sentencing on a misdemeanor offense may occur in the defendant's absence.

Mr. Novak pled guilty on October 27, 2005 to a single count of 18 U.S.C. 228(a)(1), a misdemeanor. He lives in Glen Allen, Virginia. As explained in the probation report, Mr. Novak is currently seeking full-time employment. Among other things, he has an application pending

with the U.S. Postal Service. In addition, Mr. Novak owes a great deal of restitution. He is sending a check for $600 - earned in a recent short-term job - to Butte County to begin paying the restitution owed. Mr. Novak does not have funds available to pay for round trip airfare and lodging to come to the sentencing hearing on January 12, 2006. In addition, he needs to focus his time and attention on finding employment.

  Defense counsel has consulted with counsel for the United States, Laura Ferris. The government has no objection to sentencing in absentia pursuant to Rule 43. Attached hereto is a waiver of appearance from Mr. Novak. Accordingly, the defense requests permission to proceed with sentencing in Mr. Novak's absence.

Dated: December 29, 2005    Respectfully submitted,

              QUIN DENVIR
              Federal Defender

              /s/ Ned Smock
              NED SMOCK
              Staff Attorney
              Attorney for Defendant
              JONATHAN A. NOVAK

JAN 0 4 2006



IT IS SO ORDERED